THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* GARY REDMAN, Defendant-Appellant.

(No. 71-326;

Second District—July 27, 1972.

Opinion by Mr. PRESIDING JUSTICE SEIDENFELD.

Frank Wesolowski, Public Defender, of Wheaton, (Robert H. Heise, Assistant Public Defender, of counsel,) for appellant.

William V. Hopf, State's Attorney, of Wheaton, for the People.